UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
TOLL BROTHERS, INC.              :
       v                         :         3:02cv2109 (SRU)
DRYVIT SYTEMS, INC.,
IMPERIAL STUCCO, INC.,           :
GILL LEVESQUE
```

J U D G M E N T

　　　　Notice having been sent to counsel of record on July 28, 2006, by order of the Court indicating that the above-entitled case would be dismissed unless counsel of record filed closing papers on or before August 27, 2006 and

　　　No closing papers or further requests for action having been received within the time specified, therefore,

　　　It is ORDERED that this action is dismissed, pursuant to Local Rule 41(b), formerly Local Rule 16(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to re-open the case if the settlement has not been consummated.

　　　Dated at Bridgeport, Connecticut this 13th day of September 2006.

　　　　　　　　　　　　　　　　　　　　　　KEVIN F. ROWE, CLERK

　　　　　　　　　　　　　　　　　　　　　BY ___/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Alice Montz
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Entered on Docket_____