# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOLL BROS., INC. | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO:  3:02 CV 02109 |
| | : | |
| DRYVIT SYSTEMS, INC., | : | |
| GIL LEVESQUE, d/b/a | : | |
| IMPERIAL STUCCO, LLC AND | : | |
| IMPERIAL STUCCO, INC. | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Toll Bros. Inc., Defendant Dryvit Systems, Inc., Defendant Levesque d/b/a Imperial Stucco, LLC and Defendant Imperial Stucco, Inc. STIPULATE AND AGREE that Plaintiff's claims in above captioned matter and any and all cross claims of the defendants are all hereby DISMISSED WITH PREJUDICE. All parties shall bear their own costs.

**Counsel for Plaintiff**
**Toll Bros. Inc.**

Dexter R. Hamilton, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

**Counsel for Defendant**
**Dryvit Systems, Inc.**

Kenneth J. Cesta, Esquire
Edwards, Angell, Palmer & Dodge LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078-5006

**Counsel for Defendants**
**Gil Levesque d/b/a Imperial Stucco, LLC. and**
**Imperial Stucco, Inc.**

Jon P. Antkowiak, Esquire
Law Offices of Cynthia Jaworski
55 Capitol Blvd.
Rocky Hill, CT 06067

Dated:  September 7, 2006

# LAW OFFICES OF CYNTHIA A. JAWORSKI

55 CAPITAL BOULEVARD, SUITE 210
ROCKY HILL, CT 06067
(860) 513-6410
FAX (860) 513-6445

WRITER'S DIRECT DIAL NO.: (860) 513-6422
E-MAIL ADDRESS: JON.ANTKOWIAK@CNA.COM

A STAFF COUNSEL OFFICE OF
THE CNA INSURANCE COMPANIES

CYNTHIA A. JAWORSKI
CYNTHIA J. COCCOMO
TIMOTHY J. HAUBURGER
ELIZABETH B. ZACCARDI
HOWARD I. LEVINE
JON P. ANTKOWIAK
JEFFREY V. PHELON
MAILENE SIERRA VAZQUEZ
KENNETH J. MASTRONI
GREGORY F. LISOWSKI
GIOVANNA T. GIARDINA
PAUL M. PIESZAK

September 29, 2006

Clerk
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

      **RE:**    **Toll Bros., Inc. v. Dryvit System, Inc.**
              **Claim File No.:  DB018772-PF**
              <u>**Legal File No.:  702060001**</u>

Dear Sir/Madam:

      I am enclosing an original Stipulation of Dismissal With Prejudice for filing in the above matter.

      Thank you.  Please call if you have any questions.

                              Very truly yours,

                              Jon P. Antkowiak

JPA:mjb
Enclosure
cc:  Kenneth J. Cesta, Esq.
cc:  Dexter Hamilton, Esq.